UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YENSY CONTRERAS, Individually, and On Behalf of All Others Similarly Situated,

          Plaintiff,

-v-

OTHER HALF BREWING COMPANY, INC.,

          Defendant.

CIVIL ACTION NO.: 22 Civ. 293 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Due to a scheduling conflict, the initial case management conference scheduled for Wednesday, June 15, 2022 at 3:00pm is ADJOURNED to **Thursday, June 16, 2022 at 3:00 pm** in Courtroom 18A, 500 Pearl Street, New York, New York. All other terms of the Court's order at ECF No. 15 remain in effect.

Dated:    New York, New York
           May 12, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**