UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YENSY CONTRERAS, Individually, and On Behalf of
All Others Similarly Situated,

                            Plaintiff,

    -v-

OTHER HALF BREWING COMPANY, INC.,

                           Defendant.

CIVIL ACTION NO.: 22 Civ. 293 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

       Pursuant to the telephonic conference held today, June 16, 2022, the Court orders as follows:

1. By **Thursday, June 30, 2022**, the parties are directed to submit a joint status letter (the "Letter") regarding the status of settlement.

2. The Court holds in abeyance the entry of a case management plan until the parties have submitted the Letter.

Dated:      New York, New York
             June 16, 2022

                               SO ORDERED.

                                   **SARAH L. CAVE**
                                   **United States Magistrate Judge**